| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William Tracey Carter** | Social Security number or ITIN **xxx–xx–2524** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Virginia** | | Date case filed for chapter **7   12/17/18** |
| Case number: **18–71665** | | |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | William Tracey Carter | |
| **2.** | **All other names used in the last 8 years** | fdba BBC Outdoors, Inc., fdba Franklin Outdoors | |
| **3.** | **Address** | 90 Shenandoah Ln<br>Wirtz, VA 24184 | |
| **4.** | **Debtor's attorney**<br>Name and address | Malissa Lambert Giles<br>Giles & Lambert PC<br>P O BOX 2780<br>ROANOKE, VA 24001 | Contact phone 540 981–9000 |
| **5.** | **Bankruptcy trustee**<br>Name and address | William E Callahan(76) Jr<br>1800 Wells Fargo Tower<br>Drawer 1200<br>Roanoke, VA 24006 | Contact phone 540–777–3068 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

Debtor **William Tracey Carter**                                                                                                        Case number **18–71665**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 210 Church Ave., Room 200<br>Roanoke, VA 24011 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (540) 857−2391<br><br>Date: 12/17/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | Location:<br><br>**cr mtg, ROA, First Campbell Square, Rm 120, 210 First St, SW, Roanoke, VA 24011** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/18/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Virginia

In re:                                                                 Case No. 18-71665-pmb
William Tracey Carter                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-7          User: admin              Page 1 of 2             Date Rcvd: Dec 17, 2018
                              Form ID: 309A            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
```
db             +William Tracey Carter,    90 Shenandoah Ln,    Wirtz, VA 24184-3784
4685490        +AAdvantage Card Serivces,    PO Box 13337,    Philadelphia, PA 19101-3337
4685491         AEP,   Bankruptcy,    1 AEP Way,    Hurricane, WV 25526-1231
4685492        +Alliance Sports Group,    PO Box 203246,    Dallas, TX 75202-8232
4685493        +AmChar Wholesale Inc.,    100 Airpark Drive,    Rochester, NY 14624-5706
4685496       #+Bangers,    PO Box 1685,    Birmingham, AL 35201-1685
4685499        +Big Rock Sports, LLC,    PO Box 11407,    Dept 788,    Birmingham, AL 35246-0100
4685500        +Cistana Vacation Owner,    9002 San Marco Court,    Orlando, FL 32819-8600
4685501        +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4685502        +Danny Perdue,    c/o Redwood Minute Markets,    110 Maple Ave.,    Rocky Mount, VA 24151-1507
4685503        +Davidson's,    2625 Stearman Road,    Prescott, AZ 86301-6142
4685504       #+Eastman Outdoors, Inc.,    3476 Eastman Drive,    Flushing, MI 48433-2473
4685505        +Equiant/Thousand Trails,    Attn: Bankruptcy Dept,    5401 N Pima Rd Ste 150,
                 Scottsdale, AZ 85250-2630
4685506        +Faber CPA Firm, LLC,    85 Westlake Road,    Hardy, VA 24101-3952
4685507        +Franklin County Treasurer,    1255 Franklin Street, Suite 101,    Attn Susan Wray,
                 Rocky Mount, VA 24151-1289
4685510        +Kings Creek Plantation,    PO Box 78843,    Phoenix, AZ 85062-8843
4685512        +Margaret Carter,    PO Box 1197,    Rocky Mount, VA 24151-8197
4685513        +Mass Marketing Inc,    7209 Dixie Highway,    Fairfield, OH 45014-5544
4685514        +Massanutten Resorts,    Eagle Trace,    P.O. Box 1227,    Harrisonburg, VA 22803-1227
4685515        +Merchants & Professional Coll. Bur.,    PO Box 140675,    Austin, TX 78714-0675
4685516        +Meridian Financial Services, Inc.,    1636 Hendersonville Road,    Ste 135,
                 Asheville, NC 28803-3057
4685519        +RSR Group,    PO Box 116325,    Atlanta, GA 30368-6325
4685517        +Redwood Fuel and Propane,    P.O. Box 52,    Redwood, VA 24146-0052
4685518        +Roanoke Bulk Sales Center,    Coca Cola,    PO Box 751257,    Charlotte, NC 28275-1257
4685524        +SML Signs & More,    400 Scruggs Rd Suite 700,    Moneta, VA 24121-2596
4685520        +Scholastic Sports,    3807 Brandon Avenue,    Suite 1132,    Roanoke, VA 24018-1480
4685521        +Sean Perdue,    99 Beechdale Road,    Rocky Mount, VA 24151-5647
4685522        +Shimano America Corp.,    1 Holland,    Irvine, CA 92618-2597
4685523        +Smith Minnow Farm,    234 Spencer Lane,    Victoria, VA 23974-2432
4685525        +Sports South, LLC,    PO Box 51367,    Shreveport, LA 71135-1367
4685526        +Starwood Preferred,    910 West Legacy Center Way,    Suite 100,    Midvale, UT 84047-5766
4685527        +Svo Portfolio Services,    Attn: Loan Servicing Administration,    9002 San March Court,
                 Orlando, FL 32819-8600
4685530        +US Impact Inc.,    775 Asbury Drive.,    Mandeville, LA 70471-1843
4685532        +Virgin Grand Villas - St John  Cond,    PO Box 105014,    Atlanta, GA 30348-5014
4685534        +Virginia Employment Commission,    Dept. Accts. Receivable,    PO Box 1358,
                 Richmond, VA 23218-1358
4685535        +Westin Vacation Management Co,    9002 San Marco Court,    Orlando, FL 32819-8600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mgiles@gileslambert.com Dec 17 2018 22:35:31     Malissa Lambert Giles,
                 Giles & Lambert PC,    P O BOX 2780,    ROANOKE, VA  24001
tr             +EDI: BWCALLAHAN.COM Dec 18 2018 03:39:00     William E Callahan(76), Jr,
                 1800 Wells Fargo Tower,    Drawer 1200,    Roanoke, VA 24006-1200
ust             +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Dec 17 2018 22:35:46     USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4685494         E-mail/Text: bankruptcynotices@amnb.com Dec 17 2018 22:35:50     American National Bank & Trust,
                 628 Main Street,    Danville, VA 24541
4685495        +EDI: AMEREXPR.COM Dec 18 2018 03:36:00     Amex,    Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
4685497         EDI: BANKAMER.COM Dec 18 2018 03:37:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
4685498        +EDI: TSYS2.COM Dec 18 2018 03:35:00     Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
4685508        +E-mail/Text: jmoreno@hillcrestdavidson.com Dec 17 2018 22:35:44
                 Hillcrest, Davidson & Ass., LLC,    Attn: Kenny Williams,    715 N. Glenville Dr., Suite 450,
                 Richardson, TX 75081-2898
4685509        +EDI: IRS.COM Dec 18 2018 03:38:00     IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
4685511         E-mail/Text: camanagement@mtb.com Dec 17 2018 22:35:43     M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
4685529         EDI: TFSR.COM Dec 18 2018 03:33:00     Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
4685528        +E-mail/Text: marisa.sheppard@timepayment.com Dec 17 2018 22:35:52     Timepayment Corp, LLC.,
                 16 New England Executive Office Park S.,    Burlington, MA 01803-5217
4685531        +EDI: USAA.COM Dec 18 2018 03:34:00     Usaa Federal Savings Bank,    Attn: Bankruptcy,
                 10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
4685533        +E-mail/Text: bkr@taxva.com Dec 17 2018 22:36:00     Virginia Department of Taxation,
                 PO Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 14
```

```
District/off: 0423-7          User: admin              Page 2 of 2           Date Rcvd: Dec 17, 2018
                              Form ID: 309A            Total Noticed: 50
```

        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
NONE.    TOTAL: 0